UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.: 2:11-CV-640-FTM-36DNF

POSEN CONSTRUCTION, INC., a foreign
corporation,

        Plaintiff,

v.

LEE COUNTY, a political subdivision of the
State of Florida; T.Y. LIN INTERNATIONAL,
a foreign corporation; CPH ENGINEERS, INC.,
a Florida corporation; and STEPHEN N.
ROMANO, P.E., an individual,

        Defendants.

SAFECO INSURANCE COMPANY OF
AMERICA, a foreign corporation,

        Intervenor.

_____/

## CROSS-DEFENDANT, T.Y. LIN INTERNATIONAL'S ANSWER & AFFIRMATIVE DEFENSES TO LEE COUNTY'S CROSS-CLAIM

COMES NOW, Defendant and Cross-Defendant, T.Y. LIN INTERNATIONAL (hereinafter "TY LIN"), by and through the undersigned counsel and files/serves this Answer and Affirmative Defenses to Defendant and Cross- Plaintiff, LEE COUNTY's CROSS-CLAIM AGAINST TY LIN filed July 30, 2012 [D.E. 71], as follows:

### CROSS CLAIM AGAINST DEFENDANT T.Y. LIN

    1.    TY LIN is without sufficient knowledge or information as to form an opinion as to the truth of the allegations in paragraph 1 and therefore, denies these allegations and demands strict proof thereof.

2. The allegations in paragraph 2 are admitted.

3. The allegations in paragraph 3 are admitted.

4. TY LIN denies that acts committed and/or alleged to have been committed by TY LIN were negligent, but admits that claims for Negligence and Negligent Misrepresentation were asserted against TY LIN in the Complaint in Intervention by Safeco Insurance Company of America.

5. The allegations in paragraph 5 are denied and TY LIN demands strict proof thereof.

## AFFIRMATIVE DEFENSES

As and for a *First Affirmative Defense*, TY LIN states that LEE COUNTY has failed to state a cause of action against TY LIN upon which relief may be granted and, therefore, LEE COUNTY's claims should be dismissed.

As and for a *Second Affirmative Defense*, TY LIN states that LEE COUNTY has not been sued for damages arising out of errors, omissions and/or negligence on the part of TY LIN; TY LIN has been sued directly by Safeco Insurance Company of America and, therefore, TY LIN is not obligated to indemnify or hold LEE COUNTY harmless for claims by Safeco Insurance Company of America.

As and for a *Third Affirmative Defense*, TY LIN states that to the extent liability attaches to LEE COUNTY, such liability does not arise out of any errors, omissions and/or negligence on the part of TY LIN and, therefore, TY LIN is not obligated to indemnify or hold LEE COUNTY harmless for damages claimed by Safeco Insurance Company of America.

As and for a *Fourth Affirmative Defense*, TY LIN adopts and incorporates any and all defenses of all other defendants to the extent those defenses are applicable to TY LIN.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notice of filing to all counsel of record by operation of the Court's electronic filing system and all parties may access this filing through that system.

BY:__/s/ *Jon D. Derrevere*_____
JON D. DERREVERE, ESQ.
FBN: 330132
PERI ROSE HUSTON-MILLER, ESQ.
FBN: 67940
DERREVERE, HAWKES, BLACK & COZAD
*Attorneys for T.Y. Lin International*
2005 Vista Parkway, Suite 210
West Palm Beach, FL  33411
Telephone:  (561) 684-3222
Fax:  (561) 640-3050
Email:  jdd@derreverelaw.com
Email:  prh@derreverelaw.com