UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POSEN CONSTRUCTION, INC., a
foreign corporation, and SAFECO
INSURANCE COMPANY OF
AMERICA, a foreign corporation,

    Plaintiffs,

v.                                                      Case No:  2:11-cv-640-FtM-38DNF

LEE COUNTY, a political subdivision of
the State of Florida; T.Y. LIN
INTERNATIONAL, a foreign
corporation; CPH ENGINEERS, INC a
Florida corporation; and STEPHEN N.
ROMANO, P.E., an individual,

    Defendants.
_____/

**<u>ORDER</u>**

This matter comes before the Court on periodic review.  On May 7, 2013, the Court denied (Doc. #104) Plaintiff Safeco Insurance Company's Motion for Reconsideration (Doc. #101) of the Court's denial of Plaintiff's request to extend time to comply with pretrial deadlines and for continuance of trial.  That Order directed the parties to meet and confer about alternative ways to litigate this case within the deadlines prescribed by the Case Management Order.

On May 16, 2013, Plaintiff Safeco Insurance filed a response to the Court's Order offering two proposals: (1) to have the case proceed before Magistrate Judge Douglas N. Frazier; and (2) to abate the case until the completion of mediation scheduled for July 16, 2013.  On May 17, 2013, the Court referred the parties' proposals to the

assigned Magistrate Judge to schedule a hearing on the prospective schedule for this case. The case has since been reassigned to Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED:**

(1) A hearing is scheduled before Judge Sheri Polster Chappell on **June 19, 2013, at 9:30 a.m.**, in Courtroom 5D, Fifth Floor, of the United States Courthouse, 2110 First Street, Fort Myers, Florida.

(2) The Clerk of the Court is directed to issue a separate notice of the hearing.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record