UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POSEN CONSTRUCTION, INC., a
foreign corporation, and SAFECO
INSURANCE COMPANY OF
AMERICA, a foreign corporation,

    Plaintiffs,

v.                                           Case No:  2:11-cv-640-FtM-38DNF

LEE COUNTY, a political subdivision of
the State of Florida; T.Y. LIN
INTERNATIONAL, a foreign
corporation; CPH ENGINEERS, INC a
Florida corporation; and STEPHEN N.
ROMANO, P.E., an individual,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on the May 31, 2013 Joint Stipulation for Dismissal Without Prejudice (Doc. #113) of all claims and defenses by and between Defendants CPH Engineers, Inc., Stephen N. Romano, P.E. and Lee County.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  The provisions of Rule 41 apply with equal force to counter claims, cross claims, and third-party claims. See BAICKER-MCKEE, JANSSEN & CORR, FEDERAL CIVIL RULES HANDBOOK, p. 968 (Thomson-West 2012) (citing Orca Yachts, L.L.C. v. Mollicam, Inc., 287 F.3d 316, 319 (4th Cir. 2002);

Amerimax Real Estate Partners, Inc. v. RE/MAX Intern., Inc., 600 F. Supp. 2d 1003, 1006 (N.D. Ill. 2009)).

Here, all parties affected by the stipulation have signed and consented to the document through their counsels. "[A] voluntary stipulation of dismissal under Rule 41(a)(1)(A)(ii) is self-executing and does not require judicial approval . . . ." Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1279 (11th Cir. 2012) (internal quotation marks omitted). Accordingly, it is now

**ORDERED:**

All claims and defenses by and between Defendants CPH Engineers, Inc., Stephen N. Romano, P.E., and Lee County are dismissed without prejudice pursuant to the Parties' stipulation.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record