UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POSEN CONSTRUCTION, INC., a foreign corporation, and SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,

    Plaintiffs,

v.                                                                       Case No: 2:11-cv-640-FtM-38DNF

LEE COUNTY, a political subdivision of the State of Florida; T.Y. LIN INTERNATIONAL, a foreign corporation; CPH ENGINEERS, INC a Florida corporation; and STEPHEN N. ROMANO, P.E., an individual,

    Defendants.

_____/

## **ORDER**

This Court held a status conference with the parties on June 19, 2013 to discuss scheduling issues in light of the Court's May 7, 2013 Order (Doc. # 101) denying Plaintiff's request to extend time to comply with pretrial deadlines and for continuance of trial. Having heard from the parties, the Court enters the following case management and scheduling order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant: | 7/31/2013<br>8/7/2013 |
| Discovery Deadline | | 8/21/2013 |

| | |
|---|---|
| Mediation  Deadline:<br><br>Mediator:<br><br>Address:<br><br>IF NO MEDIATOR IS DESIGNATED HEREIN:<br><br>The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order | July 16, 2013<br><br>Jim Nulman<br>15880 Summerlin Road<br>Suite 300<br>Fort Myers, Florida 33908<br>239-433-3539 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | 9/4/2013 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | 11/15/2013 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | 11/25/2013 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | 11/25/2013 |
| Final Pretrial Conference  Date:<br>Time:<br>Judge: | 12/16/2013<br>9:30 AM<br>The Hon. Sheri Polster Chappell |
| Trial Term Begins [Trials Before Magistrate Judges Begin on Date Certain] | January 6, 2014 |
| Estimated Length of Trial | 10 days |
| **Jury/Non Jury** | **JURY** |

As discussed during the hearing, the parties may alternatively consent to have the case proceed before the assigned Magistrate, the Honorable Douglas N. Frazier.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record