UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Case No.: 2:11-cv-640-FtM-38DNF

POSEN CONSTRUCTION, INC., and
SAFECO INSURANCE COMPANY
OF AMERICA,

       Plaintiffs,

vs.

LEE COUNTY, T.Y. LIN INTERNATIONAL,
CPH ENGINEERS, INC. and STEPHEN N.
ROMANO, P.E.,

       Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Safeco Insurance Company of America, Lee County, and T.Y. Lin International, through their respective undersigned counsel, and as a result of a settlement between the parties, stipulate to the dismissal of the above-captioned litigation with prejudice with each party to bear their own attorneys' fees relating to their respective claims and defenses.

| _____*s/ Brett D. Divers*_____ | _____*s/ John S. Turner*_____ |
|---|---|
| **BRETT D. DIVERS, ESQ.** | **JOHN S. TURNER, ESQ.** |
| Florida Bar No. 0973246 | Florida Bar No. 869570 |
| bdivers@mpdlegal.com | turnerjs@leegov.com |
| MILLS PASKERT DIVERS | Lee County Attorney's Office |
| 100 North Tampa St., Ste. 3700 | 2115 Second St. |
| Tampa, FL  33602 | P.O. Box 398 |
| Telephone: (813) 229-3500 | Ft. Myers, FL  33902-3098 |
| Facsimile:  (813) 229-3502 | Phone:  (239) 335-2236 |
| *Counsel for Safeco* | *Counsel for Lee County* |

       *s/ Bryan W. Black*_____
**BRYAN W. BLACK, ESQ.**
Florida Bar No. 573868
bwb@derreverelaw.com
Derrevere, Hawkes, Black & Cozad
2005 Vista Pkwy., Ste. 210
West Palm Beach, FL  33411
Phone:  (561) 684-3222
Facsimile:  (561) 640-3050
*Counsel for T.Y. Lin International*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on August 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| **Jon D. Derrevere, Esq.**<br>jdd@derreverelaw.com<br>**Peri Rose Huston-Miller, Esq.**<br>prh@derreverelaw.com<br>**Bryan W. Black, Esq.**<br>bwb@derreverelaw.com<br>Derrevere, Hawkes, Black & Cozad<br>2005 Vista Pkwy., Ste. 210<br>West Palm Beach, FL  33411<br>Phone:  (561) 684-3222<br>Facsimile:  (561) 640-3050<br>*Counsel for T.Y. Lin International* | **John S. Turner, Esq.**<br>turnerjs@leegov.com<br>**Ashley D. Robert, Esq.**<br>aroberts@leegov.com<br>Lee County Attorney's Office<br>2115 Second St.<br>P.O. Box 398<br>Ft. Myers, FL  33902-3098<br>Phone:  (239) 335-2236<br>*Counsel for Lee County* |

                                         _____*s/ Brett D. Divers*_____
                                         Attorney